# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **TERRY GLOVER,**  )<br>  )<br> Petitioner,  )<br>  )<br> **vs.**  )<br>  )<br> **WARDEN GARY HETZEL and**  )<br> **THE ATTORNEY GENERAL**  )<br> **FOR THE STATE OF ALABAMA,**  )<br>  )<br> Respondents.  ) | Civil Action Number<br> **2:11-cv-01243-AKK** |

## **MEMORANDUM OPINION**

This case involves a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 by petitioner Terry Glover, challenging his 1996 conviction for first-degree robbery in the Circuit Court of Jefferson County. (Doc. 1). After preliminary review, the magistrate judge assigned this case issued a Report and Recommendation, finding that the petition was due to be dismissed because it is barred by the one-year statute of limitations enacted by the Antiterrorism and Effective Death Penalty Act of 1996, 28 U.S.C. § 2244. (Doc. 9). The petitioner has not filed any objections to the magistrate judge's determination.

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and

recommendation of the magistrate judge as the findings and conclusions of the court.  In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice.  An appropriate order will be entered.

    **DONE**, this the 29th day of December, 2011.

                                                **ABDUL K. KALLON**
                                    **UNITED STATES DISTRICT JUDGE**